**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

September 1, 2011

Clerk, U.S. Bankruptcy Court

RE: John R. Smith Jr.
    Bankruptcy Case No. 1-05-08743
    Unclaimed Funds For: Bank of Hanover & Trust
                             45 E Orange Street
                             Lancaster PA 17602

Dear Clerk:

    Enclosed herewith please find check No. 1030013 for $123.86, check No. 1030014 for $214.08 and check No. 1030015 for $94.13 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                               Very truly yours,

                                               /s/ Carol A. Kreider

                                               Carol A. Kreider
                                               Funds Manager

FILED HARRISBURG, PA 2011 SEP -6 AM 7:42 CLERK U.S. BANKRUPTCY COURT